Armen R. Vartian (Bar No. 155766)
LAW OFFICES OF ARMEN R. VARTIAN
805 Duncan Place
Manhattan Beach, CA 90266
310-372-1355
866-427-3820 fax
Attorney for Plaintiff

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN H. SCHMIDT,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>BRIGGS VENTURES, INC.,<br><br>CHRISTIAN BRIGGS, and DOE 1,<br><br>　　　　Defendants. | Case No.: SACV08-00811 CJC (ANX)<br><br>**NOTICE OF SETTLEMENT**<br><br>**PTC DATE: JANUARY 11, 2010**<br>**TIME: 9:30 AM**<br>**HON. CORMAC J. CARNEY** |

TO:　THE COURT

　　　COUNSEL OF RECORD

PLEASE TAKE NOTICE that the parties hereto have agreed to a settlement of all claims and counterclaims in this action, and will file a Request for Dismissal within 45 days or as otherwise directed by the Court.

Dated: January 8, 2010

　　　　　　　　　　　　　　　　　　　　　　　　　　　/s/ A. R. Vartian
　　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　Armen R. Vartian
　　　　　　　　　　　　　　　　　　　　　　　　　　　Attorney for Plaintiff

NOTICE OF SETTLEMENT - 1

## PROOF OF SERVICE

STATE OF CALIFORNIA:

COUNTY OF LOS ANGELES:

    I, Armen R. Vartian, am counsel for Plaintiff in this matter.  My business address is 805 Duncan Place, Manhattan Beach, California 90266. January 8, 2010, I served:

NOTICE OF SETTLEMENT

on Defendants in this action by placing a true copy thereof enclosed in a sealed envelope addressed to Defendant's counsel of record as follows:

Curtis P. Holdsworth, Esq.
Holdsworth & Hagopian
600 Anton Boulevard, Suite 1075
Costa Mesa, CA 92626

    I deposited said envelope in the United States Mail at Manhattan Beach, California with priority mail postage thereon fully prepaid.

    I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

    Executed on January 8, 2010 at Manhattan Beach, California.___

_____
    Armen R. Vartian